452 A.2d 554

Harrison, Jr. v. American Hoist and Derrick Co.

Appeal of Economy Baler Company.

Harrison v. American Baling Co., Appellant.

Reargument Denied Dec. 1, 1982.

Argued March 17, 1982. Timothy D. Appelbe, for appellants;   David H. Trushel, for appellee.

626

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the court is affirmed.